KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7063
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>     Plaintiff,  <br>     v.  <br> MICHAEL ANTHONY KENNELLY,  <br>     Defendant. | No. 3 06 70060 MEJ  <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM APRIL 10, 2006 TO APRIL 19, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of April 19, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 10, 2006 to April 19, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

1      3. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 10-day timeline established in Rule 5.1.

    5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 10, 2006 to April 19, 2006  outweigh the best interest of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

    6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on April 19, 2006 at 9:30A.M., and (2) orders that the period from April 10,  2006 to April 19, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: April 5, 2006　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　RON TYLER
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

DATED: April 5, 2006　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　BLAKE D. STAMM
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 7, 2006



IT IS SO ORDERED
Judge James Larson