FILED
06 APR 12 PM 3: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 3 06 70060 MEJ |
| ) | |
| vs. ) | ORDER PERMITTING VISITS FOR |
| ) | PSYCHOLOGICAL CONSULTATION AND |
| MICHAEL ANTHONY KENNELLY, ) | TESTING AND PERMITTING ENTRY WITH |
| ) | LAPTOP COMPUTER |
| Defendant. ) | |
| ) | |

TO:   UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY GLENN DYER DETENTION FACILITY:

You are hereby directed to permit access to the Alameda County Glenn Dyer Detention Facility at reasonable times by Dr. Jeremy Coles, in order that he might meet privately with the defendant, Michael Anthony Kennelly, PFN ULF 787, to conduct psychological consultation and testing. You are also directed to permit Dr. Coles to enter the facility with a laptop computer to aid in his consultation and testing.

IT IS SO ORDERED.

DATED: 4-11-06

JAMES A. LARSON
UNITED STATES CHIEF MAGISTRATE JUDGE

*US v Michael Kennelly*, No. 3 06 70060 MEJ
ORDER PERMITTING VISITS FOR
PSYCH CONSULT AND TESTING