1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CASBN 138549)
3   Chief, Criminal Division

4   BLAKE D. STAMM (CTBN 301887)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7063
7       Fax: (415) 436-7234

8   Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )   No.    3 06 70060 MEJ
                                       )
13          Plaintiff,                 )   [PROPOSED] ORDER AND
                                       )   STIPULATION FOR CONTINUANCE
14      v.                             )   FROM SEPTEMBER 26, 2006 TO
                                       )   OCTOBER 10, 2006 AND EXCLUDING
15  MICHAEL ANTHONY KENNELLY,          )   TIME FROM THE SPEEDY TRIAL ACT
                                       )   CALCULATION (18 U.S.C. §
16          Defendant.                 )   3161(h)(8)(A)) AND WAIVING TIME
                                       )   LIMITS UNDER RULE 5.1
17  _____   )

18          With the agreement of the parties, and with the consent of the defendant, the Court enters

19  this order scheduling alternatively an arraignment or preliminary hearing or status conference on

20  October 10, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the

21  defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1

22  and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 26,

23  2006 to October 10, 2006.  The parties agree, and the Court finds and holds, as follows:

24          1.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25  3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

26  preparation, taking into account the exercise of due diligence.

27          2.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

28  preliminary hearing.

1       3.   Counsel for the defense believes that postponing the preliminary hearing is in his

2   client's best interest, and that it is not in his client's interest for the United States to indict the

3   case during the normal 10-day timeline established in Rule 5.1.  Counsel for the defense has

4   specifically considered the need for additional time to continue consultations with Pretrial

5   Services on the question of his client's eligibility for  pretrial diversion.

6       4.   The Court finds that, taking into the account the public interest in the prompt

7   disposition of criminal cases, these grounds are good cause for extending the time limits for a

8   preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,

9   the Court finds that the ends of justice served by excluding the period from September 26, 2006,

10  2006 to October 10,  2006  outweigh the best interest of the public and the defendant in a speedy

11  trial.  § 3161(h)(8)(A).

12      5.   Accordingly, and with the consent of the defendant, the Court (1) alternatively sets a

13  preliminary hearing or arraignment or status conference before the duty magistrate judge on

14  October 10, 2006 at 9:30A.M., and (2) orders that the period from September 26, 2006 to

15  October 10, 2006 be excluded from the time period for preliminary hearings under Federal Rule

16  of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. §

17  3161(h)(8)(A) & (B)(iv).

18

19  IT IS SO STIPULATED:

20

21  DATED: 10/20/06                      /S/

                                           RON TYLER

22                                           Attorney for Defendant

23

    DATED: 10/20/06                      /S/

24                                           BLAKE D. STAMM

                                         Assistant United States Attorney

25  IT IS SO ORDERED.

26

27  DATED:___-10-25-06

IT IS SO ORDERED

*James Larson*

Judge James Larson

28