KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7063
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   3 06 70060 MEJ |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 10, 2006 TO NOVEMBER 27, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | ) ) | |
| MICHAEL ANTHONY KENNELLY, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status conference on December 13, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 27, 2006 to December 13, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

1    3. Counsel for the defense believes that postponing the preliminary hearing is in his
2  client's best interest, and that it is not in his client's interest for the United States to indict the
3  case during the normal 10-day timeline established in Rule 5.1.  Counsel for the defense has
4  specifically considered the need for additional time to continue consultations with Pretrial
5  Services on the question of his client's eligibility for  pretrial diversion.
6    4. The Court finds that, taking into the account the public interest in the prompt
7  disposition of criminal cases, these grounds are good cause for extending the time limits for a
8  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
9  the Court finds that the ends of justice served by excluding the period from November 27, 2006
10 to December 13, 2006 outweigh the best interest of the public and the defendant in a speedy trial.
11 § 3161(h)(8)(A).
12   5. Accordingly, and with the consent of the defendant, the Court (1) sets a status
13 conference before the duty magistrate judge on December 13, 2006 at 9:30A.M., and (2) orders
14 that the period from November 27, 2006 to December 13, 2006 be excluded from the time period
15 for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
16 Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
17
18 IT IS SO STIPULATED:
19
20 DATED: 12/13/06          _____/S/_____
                 RON TYLER
21                  Attorney for Defendant
22
23 DATED: 12/13/06          _____/S/_____
                 BLAKE D. STAMM
                 Assistant United States Attorney
24 IT IS SO ORDERED.
25
26 DATED:__December 15, 2006___     _____
                 HON. BERNARD ZIMMERMAN
27                  United States Magistrate Judge
28