1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  BLAKE D. STAMM (CTSBN 301887)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7063
7     Facsimile: (415) 436-7234
      blake.d.stamm2@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
2007 JAN -9 AM 11: 08
RICHARD W.
U.S.
CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-3 06-70060 MEJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |
| v. | ) | |
| MICHAEL ANTHONY KENNELLY, | ) | |
| Defendant. | ) | |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from January 9, 2007 to January 9, 2008 for deferral of prosecution. The defendant also waives the time requirements of Federal Rule of Criminal Procedure 5.1 for a preliminary hearing. The parties agree that U.S. Attorney's Office diversion is an appropriate disposition in this matter.

//
//

1  //
2  //
3    The United States has placed Mr. Kennelly on U.S. Attorney's Office diversion for a period of one year for Mr. Kennelly to continue counseling programs and demonstrate good conduct. Accordingly, the parties agree that the prosecution will be deferred for a twelve month period of time.

SO STIPULATED.

                 KEVIN V. RYAN
                 United States Attorney

DATED: 1/9/07

                 BLAKE D. STAMM
                 Assistant United States Attorney

DATED: 1/9/07

                 RONALD TYLER
                 Attorney for Mr. Kennelly

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) and the time requirements for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 from January 9, 2007 to January 9, 2008 for deferral of prosecution by the Government for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 1-09-07

                 JAMES LARSON
                 United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 3 06-70060 MEJ